UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILE

CASE NO. 99-MDL-1317 SEITZ/BANDSTRA

| |
|---|
| IN RE: TERAZOSIN HYDROCHLORIDE ANTITRUST LITIGATION |
| THIS DOCUMENT RELATES TO: |
| *United Wisconsin Services, Inc., et al. v. Abbott Laboratories*, Case No. 99-C-7410 (N.D. Ill.) (JBZ) |
| *Grosskrueger, et al. v. Abbott Laboratories, et al.*, Case No. 99-C-7883 (N.D. Ill.) (JBZ) |
| *Reid, et al. v. Abbott Laboratories, et al.*, Case No. 00-342 (D.D.C.) |
| *Scafani v. Abbott Laboratories, et al.*, Case No. 00-00508-SBA (N.D. Cal.) |
| *Mednick v. Abbott Laboratories, et al.*, Case No. 2:00-3468 (C.D. Cal.) |
| *O'Keefe v. Abbott Laboratories, et al.*, Case No. _____ (S.D. Fla.) |
| *O'Neal v. Abbott Laboratories, et al.*, Case No. 00-J-1504-S (N.D. Ala.) |
| *Grund v. Abbott Laboratories, et al.*, Case No. _____ |
| *Blue Cross and Blue Shield of Alabama, Inc. v. Abbott Laboratories, et al.*, Case No. 00-1303-Civ-Lenard (S.D. Fla.) |
| *Bernstein v. Abbott Laboratories, et al.*, Case No. 2:00-CV-72974 (E.D. Mich.) |
| *Blue Cross and Blue Shield of Michigan v. Abbott Laboratories, et al.*, Case No. 5:01-CV-95 (W.D. Mich.) |

**JOINT STIPULATION REGARDING INDIRECT PURCHASER PLAINTIFFS'
COORDINATED FOURTH AMENDED CLASS ACTION COMPLAINTS**

Indirect Purchaser Plaintiffs and Defendants Abbott Laboratories and Geneva Pharmaceuticals, Inc. ("the parties") submit this joint stipulation in response to the Court's Order dated December 6, 2002. The parties inform the Court that they do not object to unsealing the

Case No. 99-MDL-1317-SEITZ/GARBER

Indirect Purchaser Plaintiffs' Coordinated Fourth Amended Class Action Complaints ("Fourth Amended Complaint") filed on November 22, 2002 and, therefore, request that the Court issue an order unsealing the Fourth Amended Complaint. Attached hereto is a proposed order for the convenience of the Court.

Dated: December 11, 2002

Respectfully submitted,

**MUNGER TOLLES & OLSON, LLP**
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9530
Fax: (213) 683-4030

By: _____(with permission)_____
David M. Rosenzweig

**ROBERT C. GILBERT, P.A.**
220 Alhambra Circle
Suite 400
Coral Gables, FL 33134
Tel: (305) 529-9100
Fax: (305) 529-1612

By: _____
Robert C. Gilbert
Florida Bar No. 561861

*Liaison Counsel for Indirect Purchaser Plaintiffs*

**WHITE & CASE, LLP**
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

By: _____(with permission)_____
Wayne A. Cross

*Counsel for Defendants*

**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
Stephen Lowey
Richard W. Cohen
Geoffrey M. Horn
The Gateway, 11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714
Tel: (914) 997-0500
Fax: (914) 997-0035

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Michael D. Hausfeld
Sharon A. Snyder
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Case No. 99-MDL-1317-SEITZ/GARBER

**GAUTHIER, DOWNING, LaBARRE, BEISER & DEAN**
James R. Dugan, II
3500 North Hullen Street
Metairie, LA 70002
Tel: (504) 456-8600
Fax: (504) 456-8624

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

F:\Clients\Hytrin\Pleadings\Jt Stip re 4A-Complaint