UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-MDL-1317-SEITZ/KLEIN-(ALL CASES)

IN RE: TERAZOSIN HYDROCHLORIDE
ANTITRUST LITIGATION
_____/

**ORDER GRANTING MOTION OF SHERMAN ACT CLASS PLAINTIFFS FOR APPROVAL OF SETTLEMENT ADMINISTRATOR'S DETERMINATIONS REGARDING DISTRIBUTION OF NET SETTLEMENT AMOUNT**

THIS CAUSE is before the Court on the Motion of Sherman Act Class Plaintiffs for Approval of Settlement Administrator's Determinations Regarding Distribution of Net Settlement Fund [DE 1701]. On April 19, 2005, this Court entered an Order and Final Judgment approving the terms of the Settlement Agreement (the "Settlement") in the above-captioned consolidated class action (the "Action"). In that Order, the Court directed the parties to consummate the terms of the Settlement. Further, this Court retained jurisdiction over this Action for the purpose of considering any further application or matter which may arise in connection with the administration and implementation of the Settlement, the processing of Proofs of Claim and the distribution of the Net Settlement Fund to Authorized Claimants.

The Court has reviewed the Affidavits of (1) Neill W. Clark, Esq, an associate of Berger & Montague, P.C., a member of the Sherman Act Class Plaintiffs' Executive Committee; (2) Tina M. Chiango, Manager of Settlement Administrator, Heffler, Radetich & Saitta, LLP ("Settlement Administrator") ("Chiango Affidavit"); and (3) the Declaration of Jeffrey J. Leitzinger, Ph.D., President of Econ One Research, Inc. ("Leitzinger Decl."), and the exhibits attached thereto, as to the calculation of respective share/allocation of the settlement fund. Based on these recent filings and upon all prior related proceedings, it is hereby

ORDERED that

(1) The administrative determinations of the Settlement Administrator, accepting certain claims and rejecting other claims, as set forth in Exhibit 1 to the Chiango Affidavit, submitted with and described in the Chiango Affidavit, are approved.

(2) No claim filed after January 24, 2007 shall be allowed.

(3) The Settlement Administrator shall be paid the sum of $103,475.52 from the Settlement Fund for its fees and expenses incurred in connection with administering the Settlement herein.

(4) Econ One shall be paid the sum of $90,000 for balance of its fees and expenses for economic analysis in connection with administering the Settlement.

(5) The balance of the Net Settlement Fund, after deducting the payments previously made and those set forth herein, and any taxes that may be due, shall be distributed to 409 Authorized Claimants listed on the chart attached as Exhibit 2 to the Leitzinger Decl. in proportion to the Settlement Allocation allocable to each such Authorized Claimant as determined by the Settlement Administrator in accordance with the Plan of Allocation approved by the Court, within forty-five (45) days of the entry of this Order.

(6) All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims filed herein, or otherwise involved in the administration or taxation of the Settlement Fund, are released and discharged from any and all claims by Class Members arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the Settling Defendants beyond the amount allocated to them pursuant to this

Order.

(7) The Settlement Administrator is authorized to discard paper or hard copies of the Proof of Claim forms and supporting documents not less than one year after the distribution of the Net Settlement Fund to Authorized Claimants and magnetic media data not less than three years after the distribution of the Net Settlement Fund to the Authorized Claimants.

(8) This Court shall retain jurisdiction over any further application or matter which may arise in connection with this Action.

ORDERED in Miami, Florida, this <u>13th</u> day of March, 2007.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record